No. 00–9983.  PADRON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–9992.  SANCHEZ-BARILLA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–9998.  LUCAS v. WELBORN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–10014.  MIKELL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–10019.  SANCHEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–10020.  ARNOLD ET VIR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–10021.  NUNNALLY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–10023.  MCMILLAN v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–10024.  BELANGER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–10026.  BOYD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–10027.  MCKINNEY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–10028.  ROGERS v. BRILEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–10030.  MARTINEZ-JUAREZ ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10031.  ESTRADA-GARCIA ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10034.  CADE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.